UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>STEWARD HEALTH CARE SYSTEM, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-90213 (CML)<br><br>(Jointly Administered) |
| DR. MANISHA PUROHIT, DR. DIANE PAGGIOLI, DR. JAMES THOMAS, DR. THOMAS ROSS, DR. MICHAEL REGAN, DR. PETER LYDON, DR. SRIDHAR GANDA, DR. A. ANA BEESEN, DR. BENJOY ZACHARIAH, DR. BARRY ARKIN, DR. BRUCE KRIEGEL, and DR. GARY MILLER,<br><br>Appellants,<br><br>v.<br><br>STEWARD HEALTH CARE SYSTEM, LLC, *et al.*,<br><br>Appellees. | Civil Action No. 4:25cv2901 |

**APPELANTS' STATEMENT OF ISSUES AND
DESIGNATION OF RECORD ON APPEAL**

Appellants Dr. Manisha Purohit, Dr. Diane Paggioli, Dr. James Thomas, Dr. Thomas Ross, Dr. Michael Regan, Dr. Peter Lydon, Dr. Sridhar Ganda, Dr. A. Ana Beesen, Dr. Benjoy Zachariah, Dr. Barry Arkin, Dr. Bruce Kriegel and Dr. Gary Miller (collectively, "**Appellants**"),

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

1

by and through their undersigned counsel, pursuant to Fed. R. Bankr. P. 8009, provide the following statement of issues and designation of the items to be included in the record on Appellants' appeal from (1) the *Order (I) Approving Settlement with FILO Secured Parties; (II) Authorizing and Directing Transfer of Assets in Connection Therewith; (III) Authorizing Amendment to FILO DIP Credit Agreement and Continued Use of Cash Collateral; (IV) Granting Adequate Protection; (V) Approving Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment; and (VI) Granting Related Relief* [Docket No. 5035] (the "**Settlement Order**") entered by the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**"), and (2) without limitation, all interlocutory decisions, orders, rulings, and opinions that are merged therein, including but not limited to, the Bankruptcy Court's oral ruling issued on May 30, 2025 [Docket No. 5044] (the "**Oral Ruling**").

## STATEMENT OF ISSUES ON APPEAL

1. Whether the Bankruptcy Court erred in concluding that the settlement agreement approved by the Settlement Order was not an impermissible *sub rosa* plan, notwithstanding that the agreement effectively dictates the terms of any future plan by, *inter alia*: (a) providing for the transfer of substantially all of the Debtors' assets out of their estates to a Litigation Trust[2] prior to and independent of confirmation; (b) establishing the Litigation Trust; (c) establishing the governance structure of the Litigation Trust; (d) providing for the issuance of beneficial interests to creditor groups; (e) altering creditor priorities, including by paying professional fees in full ahead of other administrative claimants who may not recover in full; (f) granting releases to certain parties; (g) approving the funding for the trust and the litigations; and (h) establishing a distribution waterfall and treatment of creditor claims that must be included in any plan, all without the

---

[2] Capitalized terms used but not defined herein shall have the same meaning as defined in the Settlement Order.

safeguards provided by the confirmation process and, importantly, without a meaningful right of creditors to vote.

2. Whether the Bankruptcy Court erred in ruling that the mere filing of a *proposed* chapter 11 plan predicated on the settlement that may never be confirmed shields the settlement from being deemed a *sub rosa* plan.

3. Whether the Bankruptcy Court's determination that, absent approval of the settlement, the FILO lenders would be entitled to seek stay relief and foreclose on all of the Debtors' remaining assets without restriction, was legally and factually correct and provided a proper basis for approving a settlement that dictates the terms of any future plan, including by transferring all of the Debtors' assets and providing for the administration and distribution of those assets outside of a plan confirmation process.

4. Whether the Bankruptcy Court's belief that the settlement presented the best option to reach a confirmation hearing is a legally relevant basis for approving a settlement notwithstanding the infirmities addressed above.

## DESIGNATION OF RECORD ON APPEAL

Appellants hereby designate the following items to be included in the record on appeal, which includes all exhibits and addenda attached thereto and filed therewith and all documents incorporated by reference therein:

|   | Filing Date | Pleading / Item | Docket No.[3] |
|---|---|---|---|
|   | **United States Bankruptcy Court, Southern District of Texas** *Chapter 11 Cases, No. 24-90213* |   |   |
| 1. | 05/07/24 | Informational Brief of The Commonwealth of Massachusetts in Support of Responses to the Debtors' Emergency Motions | 61 |

---

[3] Citations to docket entries shall include all related attachments unless otherwise stated.

|  | **Filing Date** | **Pleading / Item** | **Docket No.[3]** |
|---|---|---|---|
| 2. | 05/30/24 | The Commonwealth of Massachusetts' Reservation of Rights Regarding the Debtors' Sale Procedures Motion [ECF 281] | 520 |
| 3. | 07/03/24 | The Commonwealth of Massachusetts' Limited Response to Steward's Request for New Post-Petition Financing [ECF 765] | 1146 |
| 4. | 07/10/24 | Final Order (I) Authorizing the Debtors to (A) Obtain New Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Certain Prepetition Secured Parties; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief | 1538 |
| 5. | 07/26/24 | Emergency Motion of Debtors for Entry of an Order (I) Approving (A) Funding from the Commonwealth of Massachusetts for the Planned Transition and Sale of Massachusetts Hospitals, (B) the Closure of Carney Hospital and Nashoba Valley Medical Center, and (C) Procedures Related to Facility Closures; and (II) Granting Related Relief | 1711 |
| 6. | 07/26/24 | Declaration of John R. Castellano in Support of Emergency Motions of Debtors for Entry of Orders (I) Approving (A) Funding from The Commonwealth of Massachusetts for the Planned Transition and Sale of Massachusetts Hospitals, (B) the Closure of Carney Hospital and Nashoba Valley Medical Center, and (C) Procedures Related to Facility Closures; (II) Authorizing Rejection of Master Lease II Agreements in Connection with Planned Transition and Sale of Massachusetts Hospitals to New Operators; and (III) Granting Related Relief | 1713 |
| 7. | 07/26/24 | Declaration of Toby King in Support of Emergency Motions of Debtors for Entry of Orders (I) Approving (A) Funding from The Commonwealth of Massachusetts for the Planned Transition and Sale of Massachusetts Hospitals, (B) the Closure of Carney Hospital and Nashoba Valley Medical Center, and (C) Procedures Related to Facility Closures; (II) Authorizing Rejection of Master Lease II Agreements in Connection with Planned Transition and Sale of Massachusetts Hospitals to New Operators; and (III) Granting Related Relief | 1714 |
| 8. | 07/26/24 | Declaration of James Moloney in Support of Emergency Motions of Debtors for Entry of Orders (I) Approving (A) Funding from The Commonwealth of Massachusetts for the Planned Transition and Sale of Massachusetts | 1717 |

| | **Filing Date** | **Pleading / Item** | **Docket No.**[3] |
|---|---|---|---|
| | | Hospitals, (B) the Closure of Carney Hospital and Nashoba Valley Medical Center, and (C) Procedures Related to Facility Closures; (II) Authorizing Rejection of Master Lease II Agreements in Connection with Planned Transition and Sale of Massachusetts Hospitals to New Operators; and (III) Granting Related Relief | |
| 9. | 07/26/24 | Declaration of Octavio J. Diaz in Support of Emergency Motions of Debtors for Entry of Orders (I) Approving (A) Funding from The Commonwealth of Massachusetts for the Planned Transition and Sale of Massachusetts Hospitals, (B) the Closure of Carney Hospital and Nashoba Valley Medical Center, and (C) Procedures Related to Facility Closures; and (II) Granting Related Relief | 1718 |
| 10. | 07/30/24 | Massachusetts' Statement in Response to (I) the Emergency Motion by Steward Approving Funding, Hospital Closures, and Related Relief [ECF 1711] and (II) the Emergency Motion by steward to Reject Master Lease II, and Related Relief [ECF 1712] | 1753 |
| 11. | 08/06/24 | Order Approving Funding from The Commonwealth of Massachusetts for the Planned Transition and Sale of Massachusetts Hospitals and Granting Related Relief | 1855 |
| 12. | 09/02/24 | Emergency Motion of Debtors for Entry of an Order (I) Approving Additional Funding from The Commonwealth of Massachusetts for the Planned Transition and Sale of Massachusetts Hospitals; and (II) Granting Related Relief | 2286 |
| 13. | 09/04/24 | Order (I) Approving Additional Funding from The Commonwealth of Massachusetts for the Planned Transition and Sale of Massachusetts Hospitals; and (II) Granting Related Relief | 2345 |
| 14. | 09/18/24 | Final Order Approving (I) Global Settlement with Medical Properties Trust, Prepetition ABL/FILO Secured Parties, FILO Secured Parties, and Creditors' Committee, (II) Interim Management Procedures, and (III) Granting Related Relief | 2610 |
| 15. | 09/29/24 | Massachusetts' Statement in Further Response to Debtors' Emergency Sale Motion Dated May 15, 2024 [ECF 281] | 2715 |
| 16. | 12/06/24 | The Commonwealth of Massachusetts' Motion for Relief from the Automatic Stay to Allow for the Setoff of Mutual Obligations if and to the Extent that Recoupment is Not Available | 3393 |
| 17. | 12/31/24 | Notice of Filing of Amendment to FILO DIP Credit Agreement | 3594 |
| 18. | 02/01/25 | Notice of Filing of Second Amendment to FILO DIP Credit Agreement | 3874 |

|     | Filing Date | Pleading / Item | Docket No.[3] |
|-----|-------------|-----------------|----------------|
| 19. | 02/06/24 | Notice of Filing of Third Amendment to FILO DIP Credit Agreement | 3909 |
| 20. | 02/15/25 | Notice of Filing of Fourth Amendment to FILO DIP Credit Agreement | 3991 |
| 21. | 03/04/25 | Notice of Filing of Fifth Amendment to FILO DIP Credit Agreement | 4091 |
| 22. | 03/16/25 | Notice of Extension of Maturity Date Under FILO DIP Credit Agreement | 4232 |
| 23. | 04/01/25 | Notice of Further Extension of Maturity Date Under FILO DIP Credit Agreement | 4400 |
| 24. | 04/10/25 | Notice of Further Extension of Maturity Date Under FILO DIP Credit Agreement | 4472 |
| 25. | 04/17/25 | Notice of Further Extension of Maturity Date Under FILO DIP Credit Agreement | 4690 |
| 26. | 04/28/25 | Joint Chapter 11 Plan of Liquidation of Steward Health Care System LLC and Its Affiliated Debtors | 4743 |
| 27. | 04/28/25 | Disclosure Statement for Joint Chapter 11 Plan of Liquidation of Steward Health Care System LLC and Its Affiliated Debtors | 4744 |
| 28. | 04/28/25 | Motion of Debtors for Entry of Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan; (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing; (III) Establishing Solicitation and Voting Procedures; (IV) Establishing Administrative Expense Claims Consent Program Notice and Opt-Out Procedures; (V) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan; (VI) Approving Notice Procedures for Assumption or Rejection of Executory Contracts and Unexpired Leases; and (VII) Granting Related Relief | 4745 |
| 29. | 04/28/25 | Motion of Debtors for Entry of an Order (I) Approving Settlement with FILO Secured Parties; (II) Authorizing and Directing Transfer of Assets in Connection Therewith; (III) Authorizing Amendment to FILO DIP Credit Agreement and Continued Use of Cash Collateral; (IV) Granting Adequate Protection; (V) Approving Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment; and (VI) Granting Related Relief | 4746 |
| 30. | 05/16/25 | Declaration of John R. Castellano in Support of Motion of Debtors for Entry of an Order (I) Approving Settlement with FILO Secured Parties; (II) Authorizing and Directing Transfer of Assets in Connection Therewith; (III) | 4903 |

|     | **Filing Date** | **Pleading / Item** | **Docket No.[3]** |
| --- | --- | --- | --- |
|     |     | Authorizing Amendment to FILO DIP Credit Agreement and Continued Use of Cash Collateral; (IV) Granting Adequate Protection; (V) Approving Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment; and (VI) Granting Related Relief |     |
| 31. | 05/16/25 | Declaration of William Transier | 4904 |
| 32. | 05/19/25 | Objection of Certain Participants to Motion of Debtors for Entry of an Order (I) Approving Settlement with FILO Secured Parties; (II) Authorizing and Directing Transfer of Assets in Connection Therewith; (III) Authorizing Amendment to FILO DIP Credit Agreement and Continued Use of Cash Collateral; (IV) Granting Adequate Protection; (V) Approving Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment; and (VI) Granting Related Relief | 4907 |
| 33. | 05/19/25 | Emergency Motion to Convert the Debtors' Cases to Cases Under Chapter 7 of the Bankruptcy Code | 4912 |
| 34. | 05/19/25 | TRACO International Group S. De R.L.'s Objection to Motion of Debtors for Entry of an Order (I) Approving Settlement with FILO Secured Parties; (II) Authorizing and Directing Transfer of Assets in Connection Therewith; (III) Authorizing Amendment to FILO DIP Credit Agreement and Continued Use of Cash Collateral; (IV) Granting Adequate Protection; (V) Approving Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment; and (VI) Granting Related Relief | 4919 |
| 35. | 05/19/25 | The Commonwealth of Massachusetts' Objection to the Debtors' Solicitation Motion and Settlement Motion | 4921 |
| 36. | 05/25/25 | United States Trustee's Expedited Motion to Dismiss or Convert Pursuant to 11 U.S.C. §1112(B) | 4964 |
| 37. | 05/25/25 | Notice of Filing (I) Litigation Trust Agreement, (II) Commitment Letter and (III) Transition Services Agreement | 4966 |
| 38. | 05/26/25 | Notice of Filing of Liquidation Analysis with Respect to Disclosure Statement for Joint Chapter 11 Plan of Liquidation of Steward Health Care System LLC and Its Affiliated Debtors | 4967 |
| 39. | 05/27/25 | Supplemental Declaration of John R. Castellano | 4977 |
| 40. | 05/19/25 | FILO Secured Parties' Reply in Support of Motion of Debtors for Entry of an Order (I) Approving Settlement with FILO Secured Parties; (II) Authorizing and Directing Transfer of Assets in Connection Therewith; (III) | 4983 |

|  | **Filing Date** | **Pleading / Item** | **Docket No.[3]** |
|---|---|---|---|
|  |  | Authorizing Amendment to FILO DIP Credit Agreement and Continued Use of Cash Collateral; (IV) Granting Adequate Protection; (V) Approving Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment; and (VI) Granting Related Relief |  |
| 41. | 05/28/25 | Disclosure Statement for Joint Chapter 11 Plan of Liquidation of Steward Health Care System LLC and Its Affiliated Debtors | 4986 |
| 42. | 05/28/25 | Exhibit B Redline – Revised Proposed FILO Settlement Order | 4987-2 |
| 43. | 05/28/25 | Debtors' Omnibus Reply to Objections to Motion of Debtors for Entry of an Order (I) Approving Settlement with FILO Secured Parties; (II) Authorizing and Directing Transfer of Assets in Connection Therewith; (III) Authorizing Amendment to FILO DIP Credit Agreement and Continued Use of Cash Collateral; (IV) Granting Adequate Protection; (V) Approving Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment; and (VI) Granting Related Relief | 4988 |
| 44. | 05/28/25 | Debtors' Reply in Support of Motion of Debtors for Entry of Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan; (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing; (III) Establishing Solicitation and Voting Procedures; (IV) Establishing Administrative Expense Claims Consent Program Notice and Opt-Out Procedures; (V) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan; (VI) Approving Notice Procedures for Assumption or Rejection of Executory Contracts and Unexpired Leases; and (VII) Granting Related Relief | 4989 |
| 45. | 05/29/25 | Amended Witness and Exhibit List of Certain Participants for May 29, 2025 Hearings ("Amended List"), without exhibits | 4997 |
| 46. | 05/29/25 | Exhibit 1 from Amended List: Transcript of deposition of John Castellano taken on May 28, 2025 | 4997-1 |
| 47. | 05/29/25 | Exhibit 2 from Amended List: Transcript of deposition of William Transier taken on May 28, 2025 | 4997-2 |
| 48. | 05/29/25 | Notice of Filing May 29, 2025 Hearing Demonstrative | 4999 |
| 49. | 05/29/25 | Joinder and Reservation of Rights of TRACO International Group S. De R.L. to (I) Emergency Motion to Convert the | 5003 |

| | **Filing Date** | **Pleading / Item** | **Docket No.**[3] |
|---|---|---|---|
| | | Debtors' Cases to Cases under Chapter 7 of the Bankruptcy Code Filed by the Participants in the Deferred Compensation Plans, and (II) United States Trustee's Expedited Motion to Dismiss or Convert Pursuant to 11 U.S.C. §1112(B) | |
| 50. | 05/30/25 | Joint Chapter 11 Plan of Liquidation of Steward Health Care System LLC and Its Affiliated Debtors | 5021 |
| 51. | 05/30/25 | Notice of Filing of Further Revised Proposed FILO Settlement Order | 5022 |
| 52. | 05/30/25 | Disclosure Statement for Joint Chapter 11 Plan of Liquidation of Steward Health Care System LLC and Its Affiliated Debtors | 0523 |
| 53. | 05/31/25 | Notice of Filing of Solicitation Versions of Plan and Disclosure Statement | 5026 |
| 54. | 06/01/25 | Disclosure Statement for Joint Chapter 11 Plan of Liquidation of Steward Health Care System LLC and Its Affiliated Debtors | 5028 |
| 55. | 06/01/25 | Notice of Filing of Official Transcript Regarding Hearing Held 5/29/25, including Transcript | 5029-1 |
| 56. | 06/02/25 | Order (I) Approving Settlement with FILO Secured Parties; (II) Authorizing and Directing Transfer of Assets in Connection Therewith; (III) Authorizing Amendment to FILO DIP Credit Agreement and Continued Use of Cash Collateral; (IV) Granting Adequate Protection; (V) Approving Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment; and (VI) Granting Related Relief ("**Settlement Order**"), without exhibits | 5035 |
| 57. | 06/02/25 | Exhibits to Settlement Order:<br>Exhibit 1 – Settlement Term Sheet<br>     Exh. A Releases<br>     Exh. B TSA Budget<br>Exhibit 2 – DIP Amendment<br>Exhibit 3 – Cure Notice<br>Exhibit 4 – Litigation Trust and Tax Matters | 5035 |
| 58. | 06/02/25 | Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan; (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing; (III) Establishing Solicitation and Voting Procedures; (IV) Establishing Administrative Expense Claims Consent Program Notice and Opt-Out Procedures; (V) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan; (VI) Approving Notice | 5036 |

|    | **Filing Date** | **Pleading / Item** | **Docket No.[3]** |
|----|-----------------|---------------------|-------------------|
|    |                 | Procedures for Assumption or Rejection of Executory Contracts and Unexpired Leases; and (VII) Granting Related Relief |  |
| 59. | 06/03/25 | Notice of Filing of Official Transcript regarding Hearing Held 5/30/25, including Transcript | 5044-1 |
| 60. | 06/13/25 | The Commonwealth of Massachusetts Notice of Appeal and Statement of Election | 5123 |
| 61. | 06/13/25 | The Commonwealth of Massachusetts' Emergency Motion for Stay of Settlement Order Pending Appeal | 5126 |
| 62. | 06/13/25 | Emergency Motion of TRACO International Group S. De R.L. Pursuant to Fed. R. Bankr. P. 9023 and 9024 for Reconsideration of Order Approving Settlement with FILO Secured Parties; (II) Authorizing and Directing Transfer of Assets in Connection Therewith; (III) Authorizing Amendment to FILO DIP Credit Agreement and Continued Use of Cash Collateral; (IV) Granting Adequate Protection; (V) Approving Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment; and (VI) Granting Related Relief | 5127 |
| 63. | 06/13/25 | TRACO International Group S. De R.L. Notice of Appeal | 5128 |
| 64. | 06/14/25 | The Commonwealth of Massachusetts Amended Notice of Appeal | 5130 |
| 65. | 06/18/25 | Clerk of Court's Notice of Filing of an Appeal regarding The Commonwealth of Massachusetts | 5147 |
| 66. | 06/18/25 | Clerk of Court's Notice of Filing of an Appeal regarding TRACO International Group S. De R.L. | 5149 |
| 67. | 06/20/25 | Participants Notice of Appeal | 5161 |
| 68. | 06/20/25 | Joinder to The Commonwealth of Massachusetts' Emergency Motion for Stay of Settlement Order Pending Appeal | 5162 |
| 69. | 06/23/25 | Election of Appeal to District Court | 5168 |
| 70. | 06/23/25 | Clerk of Court's Notice of Filing of an Appeal regarding Dr. Manisha Purohit | 5169 |
| 71. | 06/23/25 | Joinder and Reservation of Rights of TRACO International Group S. De R.L. to The Commonwealth of Massachusetts' Emergency Motion for Stay of Settlement Order Pending Appeal | 5171 |
| 72. | 06/23/25 | Order Denying Stay Pending Appeal and Denying Reconsideration [Regarding ECF 5126, 5127] | 5177 |
| 73. | 06/23/25 | Clerk of Court's Notice of Filing of an Appeal regarding The Commonwealth of Massachusetts | 5178 |

## CERTIFICATION REGARDING TRANSCRIPTS

Pursuant to Rule 8009(b)(1) of the Federal Rules of Bankruptcy Procedure, Appellants hereby certify that all relevant transcripts have been ordered and are listed in the foregoing designation of the record.

## RESERVATION OF RIGHTS

Appellants reserve the right to withdraw, supplement, amend or modify this designation of record on appeal. This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges, and objections.

Dated: July 7, 2025

      /s/ *Christopher D. Johnson*
Allan B. Diamond, Esq.
Christopher D. Johnson, Esq.
Brian Hogue, Esq.
Diamond McCarthy, LLP
2711 N. Haskell Avenue, Suite 3100
Dallas, Texas 75204
Telephone: (713) 333-5100
Email: allan.diamond@diamondmccarthy.com
      chris.johnson@diamondmccarthy.com
      brian.hogue@diamondmccarthy.com

Robert J. Keach, Esq., *admitted pro hac vice*
Lindsay K. Milne, Esq.
Letson D. Boots, Esq., *admitted pro hac vice*
Jennifer Novo, Esq., *admitted pro hac vice*
Verrill Dana LLP
One Portland Square, 10th Floor
Portland, ME  04101-4054
Telephone: (207) 774-4000
Facsimile: (207) 774-7499
Email: rkeach@verrill-law.com
      lmilne@verrill-law.com
      lboots@verrill-law.com
      jnovo@verrill-law.com

*Counsel for the Participants / Appellants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2025, a true and correct copy of the foregoing pleading was served by email to all parties registered to receive electronic notice in this case pursuant to the Court's CM/ECF filing system.

                                         */s/ Christopher D. Johnson*
                                         Christopher D. Johnson

28088528_1